Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Edward Diskant, 212-637-2294

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br>James Gatto<br>a/k/a "Jim"<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>17 MAG 7120 |

## ARREST WARRANT         '17-MJ-150

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   James Gatto, a/k/a "Jim"                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1343, 1349, & 2 (Wire Fraud)
18 U.S.C. § 1956(h)(Conspiracy to Commit Money Laundering)
18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)

Date:   09/25/2017                                                          _____
                                                                             *Issuing officer's signature*

City and state:   New York, New York                     Hon. James L. Cott, United States Magistrate Judge
                                                                             *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ .<br><br>Date: _____                                                   _____<br>                                                                                             *Arresting officer's signature*<br><br>                                                                                             _____<br>                                                                                             *Printed name and title* |