TERMINATED,

# U.S. District Court
# District of Oregon (Portland (3))
# CRIMINAL DOCKET FOR CASE #: **3:17−mj−00150** All Defendants

Case title: USA v. Gatto  
Other court case number: 17 MAG 7120 USDC Southern New York

Date Filed: 09/26/2017

Assigned to: Unassigned

**Defendant (1)**

**James Gatto**  
*also known as*  
"Jim"

represented by **Joanna T. Perini−Abbott**  
Perkins Coie, LLP  
1120 NW Couch Street  
10th Floor  
Portland, OR 97209−4128  
503−727−2000  
Fax: 503−727−2222  
Email: jperini@perkinscoie.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  
Designation: Retained

**Tyler Francis**  
Angeli Law Group LLC  
121 SW Morrison St.  
Suite 400  
Portland, OR 97204  
503−954−2248  
Fax: 503−227−0880  
Email: tyler@angelilaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Retained

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1343, 1349, & 2 – Wire Fraud ; 18:1956(h) – Conspiracy to Commit Money Laundering; 18:1349 – Conspiracy to Commit Wire Fraud

**Disposition**

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Gregory R. Nyhus**<br>United States Attorney's Office<br>1000 SW Third Avenue<br>Suite 600<br>Portland, OR 97204<br>(503) 727–1015<br>Fax: (503) 727–1117<br>Email: greg.r.nyhus@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

Email All Attorneys

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/26/2017 | 1 | 3 | Documents Received From Other Court as to James Gatto from USDC, Southern District of New York Case No: 17–mj–07120 (sss) (Entered: 09/26/2017) |
| 09/26/2017 | 2 | 4 | Waiver of Preliminary Examination or Hearing pursuant to Rule 5 & 5.1 by James Gatto (sss) (Entered: 09/26/2017) |
| 09/26/2017 | 3 | 5 | **Minutes of Proceedings:** Initial Appearance pursuant to Rule 5 Proceedings held on 9/26/2017 before Magistrate Judge Youlee Yim You as to James Gatto. ORDER – Oral motion by the government to unseal this case is granted. Defendant waived preliminary hearing (in Oregon ONLY)/identity hearing. Waiver filed in open court; filed separately. Defendant advised of rights and waived reading of the charges. Other Court Information: 17–MAJ–7120. ORDER – Defendant is ORDERED to appear in the S. District of New York on 10/10/2017 at 9:00 AM. FURTHER ORDER – Defendant to be released on conditions; see separate order of release filed separately. Counsel Present for Plaintiff: Greg Nyhus. Retained Counsel Present for Defendant: Tyler Francis and Joanna Perini–Abbott.(Court Reporter Jill Jessup) (Restraint Order: NR). (pvh) (Entered: 09/26/2017) |
| 09/26/2017 | 4 | 6 | Order Requiring Defendant to Appear on 10/10/2017 at 9:00 am in USDC, Southern District of New York Where Charges are Pending and Transferring Bail as to James Gatto. (sss) (Entered: 09/26/2017) |

Case 3:17-mj-00150  Document 1  Filed 09/26/17  Page 1 of 1
Case 3:17-mj-00150  Document 5  Filed 09/26/17  Page 3 of 6
FILED 26 SEP '17 09:47 USDC-ORP

Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Edward Diskant, 212-637-2294

# UNITED STATES DISTRICT COURT
для the
Southern District of New York

United States of America
v.
James Gatto
a/k/a "Jim"

*Defendant*

Case No.

17 MAG 7120

## ARREST WARRANT

'17-MJ-150

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   James Gatto, a/k/a "Jim"

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1343, 1349, & 2 (Wire Fraud)
18 U.S.C. § 1956(h)(Conspiracy to Commit Money Laundering)
18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)

Date:   09/25/2017

*Issuing officer's signature*

City and state:   New York, New York

Hon. James L. Cott, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____    Arresting officer's signature _____ |
| Printed name and title |

Page 3

AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:17-MJ-00150 |
| James Gatto a/k/a/ "Jim" | ) ) | Charging District's Case No. 17-MAG-7120 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Southern District of New York

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ *not checked* an identity hearing and production of the warrant.

☒ *not checked* a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 9/26/17

*Defendant's signature* — James Gatto

*Signature of defendant's attorney*

*Printed name of defendant's attorney* — Tyler Francis

```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants: Joanna T. Perini-Abbott (docketpor@perkinscoie.com,
jmccune@perkinscoie.com, jperini@perkinscoie.com), Gregory R. Nyhus (amy.kuntz@usdoj.gov,
caseview.ecf@usdoj.gov, greg.r.nyhus@usdoj.gov), Tyler Francis (tyler@angelilaw.com)
--Non Case Participants: U.S. Marshal Service (pdx.operations@usdoj.gov), U.S. Pretrial
Services (cmecf@orpt.uscourts.gov)
--No Notice Sent:

Message-Id:5973166@ord.uscourts.gov
Subject:Activity in Case 3:17-mj-00150 USA v. Gatto Initial Appearance - Out of District
Warrant
Content-Type: text/html
```

# U.S. District Court

# District of Oregon

**Notice of Electronic Filing**

The following transaction was entered on 9/26/2017 at 2:50 PM PDT and filed on 9/26/2017

| | |
|---|---|
| **Case Name:** | USA v. Gatto |
| **Case Number:** | 3:17-mj-00150 |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
**Minutes of Proceedings: Initial Appearance pursuant to Rule 5 Proceedings held on 9/26/2017 before Magistrate Judge Youlee Yim You as to James Gatto. ORDER – Oral motion by the government to unseal this case is granted. Defendant waived preliminary hearing (in Oregon ONLY)/identity hearing. Waiver filed in open court; filed separately. Defendant advised of rights and waived reading of the charges. Other Court Information: 17-MAJ-7120. ORDER – Defendant is ORDERED to appear in the S. District of New York on 10/10/2017 at 9:00 AM. FURTHER ORDER – Defendant to be released on conditions; see separate order of release filed separately. Counsel Present for Plaintiff: Greg Nyhus. Retained Counsel Present for Defendant: Tyler Francis and Joanna Perini-Abbott.(Court Reporter Jill Jessup) (Restraint Order: NR). (pvh)**

**3:17-mj-00150-1 Notice has been electronically mailed to:**

Gregory R. Nyhus &nbsp &nbsp greg.r.nyhus@usdoj.gov, amy.kuntz@usdoj.gov, CaseView.ECF@usdoj.gov

Joanna T. Perini-Abbott &nbsp &nbsp jperini@perkinscoie.com, docketpor@perkinscoie.com, jmccune@perkinscoie.com

Tyler Francis &nbsp &nbsp tyler@angelilaw.com

**3:17-mj-00150-1 Notice will not be electronically mailed to:**

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
| v. | ) | Case No. 3:17-MJ-00150 |
| James Gatto a/k/a "Jim" | ) | |
| | ) | Charging District: Southern District of New York |
| *Defendant* | ) | Charging District's Case No. 17-MAG-7120 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court, Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 | Courtroom No.: Hon. Katherine Parker (5A) |
| | Date and Time: 10/10/2017 9:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 9/26/17

_____
*Judge's signature*

Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*